RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 22 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTEHRN DISTRICT OF GEORGIA**

LUIS DORANTES

PLAINTIFF

VS CIVIL ACTION

BMF V GA DUNWOODY VILLAGE 1:26-CV-3479

LLC D/B/A DUNWOODY VILLAGE

DEFENDANT

**COMPLAINT FOR DAMAGES**

COMES NOW, the Plaintiff, Ashante Harris and (hereinafter as "Plaintiff"), hereby brings this action against Defendant, BMF V GA DUNWOODY VILLAGE LLC D/B/A DUNWOODY VILLAGE ("Defendant"), individually, for violations of the Fair Housing Act of 1968, as amended, 42 U.S.C. §§3601-3631 (FHA).

Plaintiff brings this legal action against Defendant to obtain redress from pervasive and persistent harassment and discrimination, which created an intolerable living condition for Plaintiffs in their premises. Harassment and discrimination by Defendant occurred over the course of one year which included threats, verbal harassment, and discrimination based on nationality and race. This offensive conduct caused Plaintiffs great emotional and

physical harm and deprived them of right to fair housing, among other things.

Plaintiff seeks declaratory judgment, injunctive relief, and damages for harassment and discrimination in the rental of housing based on hate and race.

## JURISDICTIONAND VENUE

1. This Court has subject matter jurisdiction over the federal claims asserted in this action under 28 U.S.C. §§1331 and 1343.
2. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b), as Defendant is located in this District and division, and the events or omissions giving rise to the claims occurred in this District and division.
3. This Court has supplemental jurisdiction of the state law claim Plaintiffs assert, pursuant to 28 U.S.C. §1367

## PARTIES

4. Plaintiff Ashante Harris is a resident of Dekalb County GA

and at all times relevant to this complaint.

5. Defendant BMF V GA DUNWOODY VILLAGE LLC D/B/A DUNWOODY VILLAGE, a Delaware Limited Liability Company Property Management is a Foreign Limited Liability Company with Registered Agent of Service .Said defendant may be served through its Registered Agent of Service.

## FACTS

6. Plaintiff lives in 2313 Dunwoody crossing ATLANTA GA 30338. Plaintiffs entered into a lease agreement with Defendant, to rent the property located at 2313 Dunwoody crossing AATLANTA GA 30338 (the "Premises").
7. Defendant was the owner of the Premises and rented the Premises to Plaintiffs.
8. Defendant was subject, at all times relevant, to the anti-harassment and anti- discrimination provisions of the FHA.

## COUNT I VIOLATIONS OF THE FAIR HOUSING ACT

9. Defendant's actions described above constitute: a. Discrimination in the sale or rental, or otherwise making unavailable or denying, a dwelling because of nationality, in violation of the FHA, 42 U.S.C. § 3604(f)(1) b. Discrimination in the terms, conditions, or privileges of

sale or rental of a dwelling, or in the provision of services or facilities in connection with such dwelling because of disability, in violation of the FHA, 42, U.S.C. § 42 U.S.C. § 3604(f)(2)

10. Defendant acted intentionally, willfully, and in disregard for the rights of Plaintiff.

11. Defendant's actions described above constitute a pattern or practice of resistance of the full enjoyment of rights granted by the FHA, in violation of 42 U.S.C. § 3614(a).

12. Plaintiffs are "aggrieved persons" within the meaning of 42 U.S.C. §§ 3602(I) and 3614(d)(1)(B) and has suffered harm and damages as a result of Defendant's ACTION

Breach of Contract and Breach of the Duty of Good Faith and Fair Dealing Implied in Every Contract

13. Defendants breached the contractual agreement and their duty of good faith and fair dealing by unlawfully forcing Plaintiff for racially and retaliatory discriminatory purposes.

14. Plaintiff has been harmed by Defendant' breach of the contractual rental agreement and breach of the duty of good faith and fair dealing and is entitled to damage caused by these breaches.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendants as follows:

A. Awarding such damages to Plaintiff will fully compensate for the diversion of resources and frustration of mission caused by Defendants' unlawful practices.

B. Awarding compensatory damages, including damages for emotional distress, to Plaintiff.

C. Awarding punitive damages to Plaintiff.

D. Awarding Plaintiff reasonable attorneys' fees, costs, and expenses incurred in prosecuting this action; and

E. E. Granting Plaintiff such other further relief as may be just and proper.

Respectfully submitted,

LUIS DORANTES

2313 Dunwoody crossing A

ATLANTA GA 30338